IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY J. FREEMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:26-cv-581-JTA |
| | ) | (WO) |
| GEICO CASUALTY COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed on this date, it is ORDERED that the motion to remand filed by Plaintiffs Bobby J. Freeman and Regina L. Freeman is DENIED. (Doc. No. 15.)

DONE this 2nd day of November, 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE